AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. 20-6295 |
| Diamante K. Stoveall, | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 29, 2020__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Possession of a firearm by a convicted felon. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Justin Herzlich, ATF
Printed name and title

Sworn in my presence by Telephone

Date: 7/24/2020

_____
Judge's signature

City and state: Fort Lauderdale, Florida

Patrick M. Hunt, U.S. Magistrate Judge
Printed name and title

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Diamante K. Stoveall, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 28, 2020__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Possession of a firearm by a convicted felon. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Spcial Agent Justin Herzlich, ATF
*Printed name and title*

Sworn in my presence by Telephone

Date: _____

_____
*Judge's signature*

City and state: __Fort Lauderdale, Florida__    Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Herzlich, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since approximately 2007. Some of my responsibilities include investigating violations of federal law, including violations of the Gun Control Act (Title 18 United States Code, Chapter 44). I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18 of the United States Code.

2. This Affidavit is made for the purpose of establishing probable cause in support of the arrest of Diamante STOVEALL, who knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided by other individuals, including other law enforcement officials, and my review of records and other evidence obtained during the course of this investigation. I have not included each and every fact known to me and to other law enforcement officers involved in this investigation, but only the facts sufficient to establish probable cause.

## PROBABLE CAUSE

4. On or about March 28, 2020, law enforcement responded to a homicide in Broward County. An anonymous source provided law enforcement with information that the shooter in the homicide may drive a dark colored, possibly black, BMW, and had dreadlocks. The source told

law enforcement that the BMW may be located at the Hamptons ("Hamptons") apartment complex in North Lauderdale, Florida.

5. Law enforcement aviation responded to the Hamptons, and identified a BMW emitting a heat signature, and relayed their findings to law enforcement who were nearby in an unmarked police vehicle. Law enforcement drove into the Hamptons, and attempted to make contact with the vehicle. Upon their entry into the Hamptons, another black BMW drove up from behind them, and cut them off. The BMW stopped next to the driver's side of the unmarked police car, rolled down his passenger side window, and asked if they were police. Law enforcement identified themselves as police officers.

6. Law enforcement noticed that the driver of the BMW, and the sole occupant, was a black male with long dreads locks, who matched the description of the shooter. The driver of the BMW was later identified as Diamante STOVEALL. Following, a brief conversation, law enforcement exited their car with a firearm drawn, wearing tactical gear that read "Sheriff," and ordered the BMW to stop the vehicle. The BMW accelerated in reverse at a high rate of speed, and exited the Hamptons.

7. Law enforcement attempted to make a felony stop of the BMW, but STOVEALL continued to flee at a high rate of speed on the city streets. Shortly after, STOVEALL entered the southbound lanes of the Florida Turnpike, and continued evading law enforcement at a high rate of speed, until he lost control and crashed into a wall on the Interstate 595 exit ramp. Based upon a mathematical formula, measuring speed, distance, and time, law enforcement calculated STOVEALL drove approximately 125 m.p.h. between the time he entered the Florida Turnpike and exiting onto Interstate 595.

8. After the BMW crashed, STOVEALL continued to drive at a low rate of speed, while law enforcement followed him with their lights and sirens. The BMW came to a rest, and STOVEALL exited the BMW, and he started running, but immediately re-entered the BMW. Then, STOVEALL got out of the BMW again, and he started running on foot. Law enforcement struck STOVEALL with their vehicle in an effort to prevent him from fleeing. STOVEALL continued to run on foot, and at one point, jumped off of the overpass onto the Florida Turnpike.

9. The Aviation unit observed STOVEALL throw several items over the overpass onto the Florida Turnpike, including a: cell phone, a key fob, and a Heckler & Koch USP40 .40 caliber semi-automatic pistol, bearing serial number 26-069138. STOVEALL jumped into a nearby retention pond, where he was apprehended by a trained K9 and law enforcement.

10. Law enforcement executed a search warrant of the BMW, and recovered the following items: a Moores Machine Company M4 5.56 caliber semi-automatic rifle, bearing serial number 130615; twenty seven (27) rounds of Lake City Army, .223 caliber ammunition; and four (4) rounds of PMC, .223 caliber ammunition.

11. BSO secured a second warrant to seize a white powdery substance inside the BMW. Upon executing the second warrant, BSO recovered 5.6 grams of cocaine and 60 grams of marijuana.

12. A records check revealed that STOVEALL had previously been convicted of at least 5 felony offenses, punishable by imprisonment for a term exceeding one year.

13. A records check revealed that STOVEALL had not had his civil rights restored, and he had not received a pardon for any of his prior felony convictions.

14. Based on my training and experience, your affiant confirmed that the firearm and ammunition, by description in this case, were manufactured outside of the State of Florida.

## **CONCLUSION**

15. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on March 28, 2020, Diamante STOVEALL, did knowingly possess a firearm and ammunition in an affecting interstate and foreign commerce, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation in violation of Title 18, United States Code, Section 922(g)(1).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT JUSTIN HERZLICH
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by
FaceTime this _____ day of July 2020.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

## CONCLUSION

15. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on March 28, 2020, Diamante STOVEALL, did knowingly possess a firearm and ammunition in an affecting interstate and foreign commerce, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation in violation of Title 18, United States Code, Section 922(g)(1).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

SPECIAL AGENT JUSTIN HERZLICH
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by
FaceTime this 24th day of July 2020.

HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE